EDWARD O. GERKIN, ET AL., PLAINTIFFS-RESPONDENTS, v. VILLAGE OF RIDGEWOOD, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 17 *N. J. Super.* 472.

*Mr. William E. Reinhardt, Messrs. Evans, Hand & Evans,* and *Mr. Robert F. Allabough,* for the petitioners.

*Mr. Roy J. Grimley* for the respondents.

May 19, 1952, Denied.